1 | Jason H. Wilson (Bar No. 140269)
Email: jasonwilson@willenken.com
2 | Elizabeth I. Rogers (Bar No. 226234)
Email: elizabethrogers@willenken.com
3 | WILLENKEN WILSON LOH & STRIS LLP
725 S. Figueroa Street, Suite 1690
4 | Los Angeles, CA 90017
Tel: (213) 955-9240
5 | Fax: (213) 955-9250

6 | Attorneys for Plaintiff
Radiological Imaging Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AGILE RADIOLOGICAL TECHNOLOGIES, a Texas Company, STANDARD IMAGING, INC., a Wisconsin Corporation, and TECHNOSOFT, INC., an Ohio Corporation,<br><br>    Defendants.<br><br>TECHNOSOFT, INC., an Ohio Corporation,<br><br>    Defendant and Counterplaintiff<br><br>v.<br><br>RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>    Plaintiff and Counterdefendant. | CASE NO: C 05-0596 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES AND TO ALLOW LIMITED JURISDICTIONAL DISCOVERY** |

-1-

1   WHEREAS the Case Management Conference in the above-referenced litigation is currently scheduled for June 10, 2005; and

WHEREAS the Joint Case Management Statement is currently due on June 3, 2005;

WHEREAS defendants, Agile Radiological Technologies, Standard Imaging, Inc. and Technosoft, Inc. (hereinafter "Defendants") have presented Plaintiff Radiological Imaging Technology, Inc. (hereinafter "Plaintiff"), (together, "the Parties"), with a draft motion to dismiss for lack of personal jurisdiction or, in the alternative, for transfer pursuant to 28 U.S.C. § 1404(a), seeking in the alternative to have the Court transfer the action to the Southern District of Ohio, along with supporting declarations and exhibits;

WHEREAS Plaintiff has requested that, prior to filing their intended motion, Defendants permit Plaintiff to conduct limited discovery relating solely to the issues of personal jurisdiction and convenience of venue;

WHEREAS Defendants have agreed to allow Plaintiff to engage in the requested limited jurisdictional discovery; and

WHEREAS this limited jurisdictional discovery may obviate the need for Defendants to file their intended motion or for further proceedings in this Court; and

WHEREAS the parties mutually desire a continuance of the Case Management Conference and related deadlines to allow conservation of resources of the Parties and this Court pending the conduct of, and the Parties' evaluation of the results of, the limited jurisdictional discovery;

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants that:

1) The initial Case Management Conference currently scheduled for June 10, 2005 be continued to August 12, 2005 (or to such other date after August 12, 2005 that is convenient for the Court);

2) The deadline for filing the initial case management statement currently set for June 3, 2005 be continued to August 5, 2005; and

1    3)   Plaintiff will conduct the following limited jurisdictional discovery:

2    (a) One deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) of Defendants Agile Radiological Technologies and Technosoft, Inc., collectively, to occur in Cincinnati, Ohio, and limited to the topics of general and specific personal jurisdiction, and convenience of venue, and not exceeding 4 hours.

6    (b) One deposition pursuant to Federal Rule of Civil Procedure 30(b)(6) of Defendant Standard Imaging, Inc. to occur in a convenient venue in Wisconsin or by telephone, and limited to the topics of general and specific personal jurisdiction, and convenience of venue, and not exceeding 4 hours.

10   (c) These depositions shall take place within 45 days of the date of this Stipulation, on a date mutually convenient to and agreed upon by the Parties. Defendants shall produce documents responsive to the requests contained in the Rule 30(b)(6) deposition notice, and serve any objections to such requests, at least 14 days before the deposition date.

14   By agreeing to allow limited jurisdictional discovery, Defendants do not waive and hereby explicitly reserve their right to object to the scope and manner of such discovery. These depositions shall not count against the ten depositions Plaintiff is entitled to take without leave of Court pursuant to Federal Rule of Civil Procedure 30(a)(2)(A).

DATED: May 25, 2005

WILLENKEN WILSON LOH & STRIS LLP


/s/
Elizabeth I. Rogers
Email: elizabethrogers@willenken.com
725 S. Figueroa Street, Suite 1690
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiff
Radiological Imaging Technology, Inc.

DATED: May 25, 2005

-3-

| | |
|---|---|
| 1 | LATHAM & WATKINS |
| 2 | |
| 3 | |
| 4 | /s/ |
| | David A. York |
| 5 | Attorneys for Defendants |
| | AGILE RADIOLOGICAL TECHNOLOGIES, |
| 6 | STANDARD IMAGING, INC. AND |
| | TECHNOSOFT, INC. |
| 7 | Of Counsel: |

Daniel J. Buckley (Ohio SBN 0003772)
Barbara Bison Jacobson (Ohio SBN 0014190)
Eric W. Richardson (Ohio SBN 0066530)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two, 221 East Fourth Street
Cincinnati, OH 45201-0236
Phone: (513) 723-4000
Fax: (513) 852-7819

-4-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
AND ALLOW LIMITED JURISDICTIONAL DISCOVERY

CASE NO. C-05-0596 (JSW)

[PROPOSED] ORDER

The Court having reviewed the joint stipulation of the Parties concerning the conduct of jurisdictional and venue related discovery, and the requested continuation of the scheduled proceedings in this case, the stipulation is approved in its entirety.

IT IS SO ORDERED.

DATED: May 26, 2005

/s/ Jeffrey S. White
Jeffrey S. White
United States District Judge

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND ALLOW LIMITED JURISDICTIONAL DISCOVERY       CASE NO. C-05-0596 (JSW)