Jason H. Wilson (Bar No. 140269)
Email: jasonwilson@willenken.com
Elizabeth I. Rogers (Bar No. 226234)
Email: elizabethrogers@willenken.com
WILLENKEN WILSON LOH & STRIS LLP
725 S. Figueroa Street, Suite 1690
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiff
Radiological Imaging Technology, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA—SAN FRANCISCO DIVISION

| | |
|---|---|
| RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>    Plaintiff,<br><br>v.<br><br>AGILE RADIOLOGICAL TECHNOLOGIES, a Texas Company, STANDARD IMAGING, INC., a Wisconsin Corporation, and TECHNOSOFT, INC., an Ohio Corporation,<br><br>    Defendants.<br><br>TECHNOSOFT, INC., an Ohio Corporation,<br><br>    Defendant and Counterplaintiff<br><br>v.<br><br>RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>    Plaintiff and Counterdefendant. | CASE NO: C 05-0596 (JSW)<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE AND RELATED DEADLINES TO ALLOW PARTIES TO ENGAGE IN SETTLEMENT DISCUSSION** |

-1-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE     CASE NO. C-05-0596 (JSW)

1     WHEREAS the Case Management Conference in the above-referenced litigation is currently scheduled for August 12, 2005; and

    WHEREAS the Joint Case Management Statement is currently due on August 5, 2005;

    WHEREAS defendants, Agile Radiological Technologies, Standard Imaging, Inc. and Technosoft, Inc. (hereinafter "Defendants") and Radiological Imaging Technology, Inc. (hereinafter "Plaintiff"), (together, "the Parties") have completed the limited discovery relating to the issues of personal jurisdiction and convenience of venue authorized by the Parties' prior stipulation, which was approved by this Court's May 26, 2005 Order;

    WHEREAS during the course of conducting that limited jurisdictional discovery, the parties' came to believe that through discussion they may be able to achieve an agreement to settle this litigation without further proceedings in this or any court;

    WHEREAS the parties are in the process of arranging a convenient date on which to begin such a discussion with client representatives present; and

    WHEREAS the parties mutually desire a continuance of the Case Management Conference and related deadlines to allow conservation of resources of the Parties and this Court during these settlement discussions;

    IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants that:

    1)     The initial Case Management Conference currently scheduled for August 12, 2005 be continued to September 9, 2005 (or to such other date after September 9, 2005 that is convenient for the Court); and

/ / / /
/ / / /
/ / / /
/ / / /
/ / / /
/ / / /

2) The deadline for filing the initial case management statement currently set for August 5, 2005 be continued to September 9, 2005.

DATED: July 29, 2005

WILLENKEN WILSON LOH & STRIS LLP


_____/s/_____
Elizabeth I. Rogers
Email: elizabethrogers@willenken.com
725 S. Figueroa Street, Suite 1690
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiff
Radiological Imaging Technology, Inc.

DATED: July 29, 2005

LATHAM & WATKINS


_____
David A. York
Attorneys for Defendants
AGILE RADIOLOGICAL TECHNOLOGIES,
STANDARD IMAGING, INC. AND
TECHNOSOFT, INC.

Of Counsel:

Daniel J. Buckley (Ohio SBN 0003772)
Barbara Bison Jacobson (Ohio SBN 0014190)
Eric W. Richardson (Ohio SBN 0066530)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two, 221 East Fourth Street
Cincinnati, OH 45201-0236
Phone: (513) 723-4000
Fax: (513) 852-7819

| | |
|---|---|
| 1 | **[~~PROPOSED~~] ORDER** |

2  The Court having reviewed the joint stipulation of the Parties concerning the requested
3  continuation of the scheduled proceedings in this case, the stipulation is approved in its entirety. The Case Manangement Conference is HEREBY CONTINUED to October 28, 2005 at
4  1:30 p.m. The Joint Case Management Conference Statement is due by October 21, 2005.
5  IT IS SO ORDERED.

6

7  DATED: August 1, 2005                    _____
                                              Jeffrey S. White
8                                             United States District Judge

-4-

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE        CASE NO. C-05-0596 (JSW)