```
 1  LATHAM & WATKINS
       David A. York (CA SBN 089942)
 2     J. Joann Liao (CA SBN 227329)
    135 Commonwealth Drive
 3  Menlo Park, CA  94025-3656
    Telephone:  (650) 328-4600
 4  Facsimile:  (650) 463-2600
 5
    Attorneys for AGILE RADIOLOGICAL
 6  TECHNOLOGIES, STANDARD IMAGING, INC.
    and TECHNOSOFT, INC.
 7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>　　　Plaintiff,<br><br>　　　v.<br><br>AGILE RADIOLOGICAL TECHNOLOGIES, an Ohio Company, STANDARD IMAGING, INC., a Wisconsin Corporation, and TECHNOSOFT, INC., an Ohio Corporation,<br><br>　　　Defendants and Counterplaintiffs.<br><br>　　　v.<br><br>RADIOLOGICAL IMAGING TECHNOLOGY, INC., a Colorado Corporation,<br><br>　　　Plaintiff and Counterdefendant. | CASE NO. C 05 0596 JCS<br><br>STIPULATION AND [PROPOSED] ORDER TRANSFERRING ACTION TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF OHIO (WESTERN DIVISION) PURSUANT TO 28 U.S.C. § 1404(a) |

WHEREAS, this action was filed in this Court on February 9, 2005; and

WHEREAS, defendants Agile Radiological Technologies, Standard Imaging, Inc. and Technosoft, Inc. (hereinafter "Defendants") have presented Plaintiff Radiological Imaging Technology, Inc. (hereinafter "Plaintiff"), (together, "the Parties"), with a draft motion to dismiss

LATHAM&WATKINS<sup>LLP</sup>
ATTORNEYS AT LAW
SILICON VALLEY

STIPULATION TRANSFERRING ACTION
TO THE SOUTHERN DISTRICT OF OHIO
Case Number: C 05-0596 JCS

1  for lack of personal jurisdiction or, in the alternative, for transfer pursuant to 28 U.S.C.
2  § 1404(a), seeking in the alternative to have the Court transfer the action to the Southern District
3  of Ohio, Western Division, along with supporting declarations and exhibits; and
4      WHEREAS, Plaintiff has taken certain limited discovery relating solely to the issues of
5  personal jurisdiction and convenience of venue; and
6      WHEREAS, the parties desire to resolve this matter without motion practice; and
7      WHEREAS, the parties mutually desire a transfer of this action in its entirety to the
8  United States District Court for the Southern District of Ohio, Western Division, a more
9  convenient forum for the resolution of this case, a forum in which this action could have
10 originally been brought, and the residence of two of the three defendants;
11 ////
12 ////
13 ////
14 ////
15 ////
16 ////
17 ////
18 ////
19 ////
20 ////
21 ////
22 ////
23 ////
24 ////
25 ////
26 ////
27 ////
28 ////

LATHAM&WATKINS
ATTORNEYS AT LAW
SILICON VALLEY

2

STIPULATION TRANSFERRING ACTION
TO THE SOUTHERN DISTRICT OF OHIO
Case Number: C 05-0596 JCS

IT IS HEREBY STIPULATED AND AGREED by and between counsel for Plaintiff and Defendants, and jointly they request that this Court so order, that:

This matter be transferred in its entirety to the United States District Court for the Southern District of Ohio, Western Division.

DATED: October 4, 2005

WILLENKEN WILSON LOH & STRIS LLP

_____
Elizabeth I. Rogers
Email: elizabethrogers@willenken.com
725 S. Figueroa Street, Suite 1690
Los Angeles, CA 90017
Tel: (213) 955-9240
Fax: (213) 955-9250

Attorneys for Plaintiff
Radiological Imaging Technology, Inc.

DATED: October 5, 2005

LATHAM & WATKINS

_____
David A. York
Attorneys for Defendants
AGILE RADIOLOGICAL TECHNOLOGIES,
STANDARD IMAGING, INC. AND
TECHNOSOFT, INC.

Of Counsel:

Daniel J. Buckley (Ohio SBN 0003772)
Barbara Bison Jacobson (Ohio SBN 0014190)
Eric W. Richardson (Ohio SBN 0066530)
Vorys, Sater, Seymour and Pease LLP
Suite 2000, Atrium Two, 221 East Fourth Street
Cincinnati, OH 45201-0236
Phone: (513) 723-4000
Fax: (513) 852-7819

LATHAM&WATKINS
ATTORNEYS AT LAW
SILICON VALLEY

3

STIPULATION TRANSFERRING ACTION
TO THE SOUTHERN DISTRICT OF OHIO
Case Number: C 05-0596 JCS

# [~~PROPOSED~~] ORDER

The Court having reviewed the joint stipulation of the Parties concerning the issue of jurisdiction and venue, and the requested transfer of the proceedings to the United States District Court for the Southern District of Ohio, Western Division, the stipulation is approved in its entirety.

IT IS SO ORDERED.

DATED: October 5, 2005

*Jeffrey S. White*
Jeffrey S. White
United States District Judge

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SILICON VALLEY

4

STIPULATION TRANSFERRING ACTION
TO THE SOUTHERN DISTRICT OF OHIO
Case Number: C 05-0596 JCS